■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK RICHARDSON, Appellant. [65 NYS3d 454]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Brenda Soloff, J. at plea; Michael R. Sonberg, J. at sentencing), rendered June 30, 2015, said appeal having been argued by

counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Kahn, Gesmer, Kern and Moulton, JJ.